**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ANDY PAUL ANDERSON, <br>     Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br>    Defendant. | Case No. 2:23-cv-04182-FWS-PD <br><br> **JUDGMENT** |

    The Court having approved the Parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment [9] ("Stipulation for Remand"), judgment is hereby entered for Plaintiff.

DATED: July 28, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

-1-